**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| AS TRUSTEE, IN TRUST FOR THE | ) |
| HOLDERS OF FIRST FRANKLIN MORTGAGE | ) |
| LOAN TRUST, MORTGAGE LOAN ASSET- | ) |
| BACKED CERTIFICATES, SERIES 2007-FF2, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| JOSEPH VARAN D/B/A LC JUSTFORYOU, | ) |
| A LLC, AND | ) |
| STATE DEVELOPMENT GROUP LLC, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT**

Plaintiff U.S. Bank National Association, as Trustee, in trust for the holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2, by its attorneys, and for its complaint to quiet title, states as follows:

**PARTIES**

1.      Plaintiff U.S. Bank National Association, as Trustee, in trust for the holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 ("US Bank") is a national banking association with its main office in Cincinnati, Ohio.

2.      Defendant Joseph Varan d/b/a LC Justforyou ("Varan") is an Illinois citizen.

3.      Defendant A LLC ("LLC") is an Illinois limited liability company whose member, upon information and belief, is Joseph Varan, who is an Illinois citizen.

4.      Defendant State Development Group LLC ("State") is an Illinois limited liability company whose member, upon information and belief, is Alexander Troyanovsky, who is an Illinois citizen.

## JURISDICTION AND VENUE

5.      Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1332(a). The matter in controversy is between citizens of different states and the amount in controversy exceeds the sum and value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) in that a substantial part of the events and omissions giving rise to the claim occurred in this judicial district.

## FACTS

**a.  The Completed State Court Foreclosure Action concerning the Property.**

7.      US Bank previously filed a complaint in the Circuit Court of Cook County, Illinois (the "Foreclosure") to foreclose a mortgage against real property located at 2250 Landwehr Road in Northbrook, Cook County, Illinois, legally described as follows (the "Property"):

LOT 2 IN M & M RESUBDIVISION OF THE EAST ½ OF THE SOUTHWEST ¼ OF SECTION 17, TOWNSHIP 42 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

PIN: 04-17-300-162-0000

8.      The court entered a judgment of foreclosure and sale in US Bank's favor in the Foreclosure.

9.      US Bank was the successful bidder at the judicial sale of the Property and the court in the Foreclosure approved the judicial sale of the Property to US Bank.

10.      In accordance with court's order approving the judicial sale of the Property to US Bank, a judicial sale deed to the Property deeding the Property to US Bank was recorded with the

Cook County Recorder of Deeds on February 28, 2019, a true and correct copy of which is attached as Exhibit 1.

11.      On and after February 28, 2019, US Bank solely owned the Property.

**b. The fraudulent mortgage**

12.      Despite the fact that the interest of an alleged junior mortgagee who recorded an alleged mortgage against the Property had been foreclosed out in the Foreclosure, in late November, the alleged assignee of the junior mortgagee, Concrete Concepts, Inc., an Illinois corporation ("CC") whose sole officer is Ketevan Ingorokva, on December 24, 2024, filed a complaint to foreclose its now non-existent mortgage against the Property (the "Barred Foreclosure") and named US Bank as a defendant.

13.      When confronted with the fact that the Foreclosure wiped out CC's junior mortgage and that CC could not in good faith seek to foreclose its now non-existent mortgage against the Property, CC agreed to dismiss US Bank as a defendant in the Barred Foreclosure and not seek relief against the Property.

14.      Eight days before the court in the Foreclosure entered summary judgment in US Bank's favor and against one of the defendants in the defendant's attempt to quash service of process under 735 ILCS 5/2-1401, on January 9, 2025, a mortgage notarized by CC's officer Ketevan Ingorokva was recorded with the Cook County Clerk against the Property (the "Fraudulent Mortgage"). A true and correct copy of the Fraudulent Mortgage is attached as Exhibit 2.

15.      The Fraudulent Mortgage identifies LLC and State as the borrowers who allegedly borrowed $3,125,000.00.

16.     The Fraudulent Mortgage identifies "LC JUSTFORYOU" as the lender, "…a Limited Liability Company organized and existing under the laws of Arizona. Lender's address is 109 Symonds Dr, #382, Hinsdale, IL 60522…"

17.     There is no Arizona limited liability company named LC JUSTFORYOU.

18.     LC JUSTFORYOU's address identified in the mortgage is a post office box at the U.S. Post Office in Hinsdale, Illinois.

19.     Upon information and belief, Joseph Varan has access to and controls box #382 at the U.S. Post Office at 109 Symonds Dr. in Hinsdale, Illinois 60522.

20.     Upon information and belief, Joseph Varan is a sole proprietor doing business as LC JUSTFORYOU.

21.     Despite the fact that US Bank solely owns the Property, LLC and State, as mortgagors and the "Borrower" (as that term is defined in the Fraudulent Mortgage), signed the Fraudulent Mortgage, which provides in relevant part that "…Borrower mortgages, grants, conveys, and warrants to Lender the following described property located in the [sic] Cook, DuPage and Lake Counties County [sic] of the State of Illinois and Legally describe [sic] as follows: SEE ATTACHED EXHIBIT A."

22.     Exhibit A to the Fraudulent Mortgage listed thirty-six properties, including the Property:

> "**PROPERTY 5:** LOT TWO IN M & M RESUBDIVISION OF PART OF THE EAST HAVE OF THE SOUTHWEST QUARTER OF SECTION SEVENTEEN, TOWNSHIP FORTY-TWO NORTH, RANGE TWELVE, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; 4) LOT NINE AND THE NORTH HALF OF LOT TEN IN THE SUBDIVISION OF THE SOUTH HALF OF BLOCK TWO AND THE EAST HALF OF SOUTH HALF OF BLOCK NINETEEN SOUTH EAST QUARTER AND THE EAST 693 FEET OF THE NORTHEAST QUARTER OF SECTION TEN, TOWNSHIP THIRTY-NINE NORTH, RANGE TWELVE EAST OF THE THIRD PRINCIAL MERIDIAN LYING SOUGH THE CHICAGO AND NORTHWESTERN RAILROAD, IN COOK COUNTY, ILLINOIS. **COMMONLY**

**KNOWN AS:** 2250 LANDWEHR RD NORTHBROOK IL 60062-6705 **PERMANENT INDEX NUMBER:** 04-17-300-162-0000"

### COUNT I – QUIET TITLE

23.     US Bank restates the allegations of paragraphs 7 through 22 of its complaint as paragraph 23 of Count I, as though fully set forth herein.

24.     Since February 28, 2019, US Bank has possessed sole title to the Property.

25.     US Bank's title to the Property is superior to the claims of Varan, LLC, and State, since LLC and State have never owned the Property and did not have the ability to mortgage the Property when they executed the Fraudulent Mortgage, and Varan has no interest in the Property via the Fraudulent Mortgage.

26.     Because the Fraudulent Mortgage is not a valid mortgage and/or lien on the Property and because the Fraudulent Mortgage constitutes a cloud on US Bank's title to the Property, this Court should quiet title to the Property in US Bank's favor, and declare the Fraudulent Mortgage to be invalid, null and void.

WHEREFORE, plaintiff U.S. Bank National Association, as Trustee, in trust for the holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 moves that this court enter judgment in its favor and against each of the defendants, and declare that the Fraudulent Mortgage is a cloud on US Bank's title to the Property, that the Fraudulent Mortgage is invalid and null and void, and that US Bank is the sole owner of the Property.

> U.S. Bank National Association, as Trustee, in trust for the holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2
>
> By:   /s/Jason D. Altman
>         One of its attorneys

Jason D. Altman (#6224378) – jaltman@klueverlawgroup.com
Matthew C. Kromm (#6275308) – mkromm@klueverlawgroup.com
Kluever Law Group, LLC
200 N. LaSalle St. – Suite 1880
Chicago, Illinois 60601
(312) 236-0077