SPSF.1671B

JUDICIAL SALE DEED

THE GRANTOR, **INTERCOUNTY JUDICIAL SALES CORPORATION**, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of a Judgment of Foreclosure and Sale and an Order Appointing Selling Officer entered by the Circuit Court of Cook County, Illinois on October 16, 2018 in Case No. 14 CH 11249 entitled US Bank National Association as Trustee in Trust For Registered Holders of First Franklin Mortgage Loan Trust Mortgage Loan asset backed Certificates Series 2007-FF2 vs. Khatuna Gagua and pursuant to which the mortgaged real estate hereinafter described was sold at public sale by said grantor on January 17, 2019, does hereby grant, transfer and convey to **U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2** the following described real estate situated in the County of Cook, State of Illinois, to have and to hold forever:



Doc# 1905945027 Fee $42.00

RHSP FEE:$9.00 RPRF FEE: $1.00
AFFIDAVIT FEE: $2.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 02/28/2019 11:32 AM PG: 1 OF 3

SEE RIDER ATTACHED HERETO AND MADE A PART HEREOF

In Witness Whereof, said Grantor has caused its name to be signed to these presents by its President, and attested to by its Secretary, this February 13, 2019.                                   INTERCOUNTY JUDICIAL SALES CORPORATION

Attest _____        _____
       David M. Oppenheimer, Secretary        Frederick S. Lappe, President

State of Illinois, County of Cook ss, This instrument was acknowledged before me on February 13, 2019 by Frederick S. Lappe as President and David M. Oppenheimer as Secretary of Intercounty Judicial Sales Corporation.

Notary Public

OFFICIAL SEAL
LISA BOBER
Notary Public - State of Illinois
My Commission Expires 7/06/2021

Prepared by Frederick S. Lappe, 120 W. Madison St. Chicago, IL 60602.

**Exhibit 1**

SPSF.1671B

Rider attached to and made a part of a Judicial Sale Deed dated February 13, 2019 from INTERCOUNTY JUDICIAL SALES CORPORATION to U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 and executed pursuant to orders entered in Case No. 14 CH 11249.

LOT 2 IN M & M RESUBDIVISION OF PART OF THE EAST ½ OF THE SOUTHWEST ¼ OF SECTION 17, TOWNSHIP 42 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 2250 Landwehr Rd., Northbrook, IL 60062

P.I.N. 04-17-300-162-0000

GRANTOR'S NAME AND ADDRESS:

INTERCOUNTY JUDICIAL SALES CORPORATION
120 West Madison Street
Suite 718
Chicago, Illinois 60602

GRANTEE'S NAME ADDRESS AND MAIL TAX BILLS TO:

U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2
c/o Select Portfolio Servicing
Tax Department
3217 Decker Lake Dr.
Salt Lake City, Utah 84119
Phone: 888-349-8964

RETURN TO:

Kluever & Platt, L.L.C.
150 North Michigan Avenue
Suite 2600
Chicago, Illinois 60601

| REAL ESTATE TRANSFER TAX | | 28-Feb-2019 |
|---|---|---|
| | COUNTY: | 0.00 |
| | ILLINOIS: | 0.00 |
| | TOTAL: | 0.00 |
| 04-17-300-162-0000 | 20190201609878 | 0-490-546-592 |

Exempt from tax under 35 ILCS 200/31-45(1) _____, February 13, 2019.

Note that this Judicial Sale Deed is an exempt transaction. Pursuant to court order entered 2/8/2019 in case Number 14 CH 11249 it is exempt from all state or local transfer taxes.

## STATEMENT BY GRANTOR AND GRANTEE

The **grantor** or his agent affirms that, to the best of his knowledge, the name of the **grantor** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated February 27th, 2019

Signature: _____
Agent

Subscribed and sworn to before me
This 27th day of February, 2019

Notary Public _____

> Official Seal
> Joseph A Miera
> Notary Public State of Illinois
> My Commission Expires 05/13/2021

The **grantee** or his agent affirms that, to the best of his knowledge, the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated February 27th, 2019

Signature: _____
Agent

Subscribed and sworn to before me
This 27th day of February, 2019

Notary Public _____

> Official Seal
> Joseph A Miera
> Notary Public State of Illinois
> My Commission Expires 05/13/2021

**Note:** Any person who knowingly submits a false statement concerning the identity of a **Grantee** shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to **deed or ABI** to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)